GLENN E. LOSTRACCO CBA#138084
Attorney at Law
2300 Tulare Street #240
Fresno, California 93721
559.497.5297
559.497-0203 Fax
g.lostracco@sbcglobal.net

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:06-cr-00158-OWW-1 |
| Plaintiff, | SUBSTITUTION OF ATTORNEYS; AND |
| vs. | PROPOSED ORDER THEREON |
| JUAN ROMERO, | |
| Defendant, | |

I, JUAN ROMERO, defendant in the above captioned matter, hereby substitute Attorney Glenn E. Lostracco, 2300 Tulare St., #240, Fresno, California 93721; Tel # 559.497.5297 Fax # 559.497.0203, in place and stead of Francine Zepeda, Federal Defender.

Dated: 4/27/2006

\_\_\_/S/_____
Defendant

I consent to the above substitution.

Dated: 5/02/2006

\_\_\_\_/S/_____
Francine Zepeda, Federal Defender.

SUB-ATTORNEY - 1

PDF created with pdfFactory trial version www.pdffactory.com

I consent to the above substitution.

Dated: 4/27/2006

____/S/_____
GLENN E. LOSTRACCO, Attorney at Law

**ORDER**

The Substitution of Attorneys is HEREBY GRANTED.

Dated:  May 16, 2006

_/s/ OLIVER W. WANGER_____
Honorable Oliver W. Wanger
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com